UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

BRANDON HALL,

      Plaintiff,

v.

PARK PLUS FLORIDA, INC.,
a Foreign Profit Corporation,

      Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, PARK PLUS FLORIDA, INC. ("Park Plus" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, & 1446 and Rule 81(c) of the Federal Rules of Civil Procedure, hereby files this Notice of Removal and removes this action from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida. As grounds for this removal, Park Plus states as follows:

1. Park Plus has been named as party defendant in the case of *Brandon Hall v. Park Plus Florida, Inc.*, Case No.: CACE-22-001375, pending in the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida.

2. The original Summons and Complaint was filed in state court on January 28, 2022 and Park Plus was served on March 22, 2022. On April 11, 2022, Park Plus filed a Motion for Extension of Time to Respond to the Complaint.

3. Counts I and II of the Complaint alleges violations of the Families First Coronavirus Response Act ("FFCRA"), a federal law. Counts IV and V of the Complaint alleges violations of

1

the Fair Labor Standards Leave Act ("FLSA"), a federal law. Because the alleged FFCRA and FLSA claims in Counts I, II, IV, and V arise under the laws of the United States (i.e., they present a federal question), this action is properly removable to the United States District Court, Southern District of Florida, as this action is within the Court's original jurisdiction. *See* 28 U.S.C. §§ 1331 & 1441. In this regard, 28 U.S.C. § 1331 states: "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Further, pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district or division embracing the place where such action is pending." The Court has supplemental jurisdiction over Plaintiff's state law claim for breach of an agreement asserted in Count III of the Complaint. *See* 28 U.S.C. §1367(a).

4. This case is being timely removed to Federal Court within thirty (30) days of service, as provided in 28 U.S.C. § 1446(b).

5. By removing this action, Defendant does not waive any defenses available to it and does not admit any of the allegations in Plaintiff's Complaint.

6. In accordance with the provisions of 28 U.S.C. § 1446(a) and Sec. 5H of the General Civil Case Filing Requirements, copies of all state court filings, process, pleadings, and orders served upon Park Plus are attached hereto as **Exhibit "A".**

7. Written notice of the filing of this removal notice has been given to Plaintiff through his counsel, and a copy of the Notice of Removal was filed with the Clerk of the Circuit Court, in accordance with the provisions of 28 U.S.C. § 1446(d).

Case 0:22-cv-60676-XXXX Document 1 Entered on FLSD Docket 04/20/2022 Page 2 of 4

**WHEREFORE**, the Park Plus respectfully removes this matter from the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida, Case No.: CACE-22-001375, to the United States District Court for the Middle District of Florida.

        Respectfully submitted,

/s/*Candace D. Cronan*
CANDACE D. CRONAN, ESQ.
Florida Bar No: 90983
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main (954) 626-5028 / Fax (954) 838-8842
Primary E-mail:    Candace.Cronan@mc-atty.com
Secondary E-mail:  Jennifer.Colina@mc-atty.com
                      eservice@dmc-atty.com
*Attorneys for Defendant, Park Plus Florida, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2022 I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

    By:    /s/Candace D. Cronan
           Candace D. Cronan, Esq.
           Florida Bar No: 90983

## SERVICE LIST

Peter M. Hoogerwoerd, Esq.
pmh@rgpattorneys.com
Cristobal Bobadilla-Gamboa, Esq.
cbg@rgpattorneys.com
Corey L. Seldin, Esq.
cseldin@rgpattorneys.com
***REMER & GEORGES-PIERRE, PLLC***
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Attorneys for Plaintiff, Brandon Hall
*Via CM/ECF Notice of Electronic Filing*