UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60765-RS

BRANDON HALL,

    Plaintiff,

v.

PARK PLUS FLORIDA, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation to District Judge [DE 21], in which United States Magistrate Judge Alicia O. Valle recommends granting the parties' Joint Motion for Court's Approval of FLSA Settlement [DE 19]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is hereby,

    **ORDERED** that:

1. The Report and Recommendation [DE 21] is **AFFIRMED** and **ADOPTED**.

2. The Joint Motion for Court's Approval of FLSA Settlement [DE 19] is **GRANTED**.

3. The parties' Settlement Agreement [DE 19-1] is **APPROVED**.

4. The case is **DISMISSED with prejudice**.

5. The Court will retain jurisdiction over this matter for thirty (30) days for the limited purpose of enforcing the parties' Settlement Agreement.

6. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 16th day of August, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE